STATE OF CONNECTICUT *v.* ANDREW C. KYDES

The motion by the state to dismiss the appeal from the Appellate Division of the Circuit Court is granted.

*John J. Kelly,* assistant chief prosecuting attorney, for the appellee (state).

*Charles Hanken,* for the appellant (defendant).

Argued October 7—decided October 7, 1969

The appellant filed a motion for reargument which was denied.

ROBERT J. KLINE *v.* NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY ET AL.

The motion by the defendants to dismiss the appeal from the Superior Court in New Haven County is denied.

*John F. Scully,* for the appellees (defendants).

*Roger J. Frechette,* for the appellant (plaintiff).

Argued October 7—decided October 7, 1969

THOMAS KEITHAN *v.* MASSACHUSETTS BONDING AND INSURANCE COMPANY ET AL.

The motion by Frank M. Grazioso to withdraw his appearance for the plaintiff in the appeal from the Superior Court in New Haven County is granted.

*Frank M. Grazioso,* for the appellee-appellant (plaintiff).